Hillsborough, }
Dec. 4, 1923. }

## Alec J. Young v. John Burnett.

A signer of a joint promissory note is entitled to contribution from his co-signer though at the time of payment the holder's action against the co-signer had become barred by limitation.

Assumpsit, to recover contribution of a co-signer of three promissory notes for the amount paid by the plaintiff to discharge his liability thereon. The notes were outlawed in this state as between the defendant and the holder when the payment was made by the plaintiff, but enforceable against the plaintiff.

Trial by the court, *Kivel*, C. J., who found for the plaintiff subject to the defendant's exception, and allowed this bill of exceptions.

*Henry A. Cutter*, for the plaintiff.

*Doyle & Doyle*, for the defendant.

PARSONS, C. J.   The plaintiff's right of action accrued against the defendant when he paid the notes.   He therefore can maintain this action, the payment being made within six years from the date of the writ, even if the holder of the notes could not here maintain a suit thereon against the defendant.   *Whipple* v. *Stevens*, 19 N. H. 150; *Boardman* v. *Paige*, 11 N. H. 431; *Peaslee* v. *Breed*, 10 N. H. 489.

                                                        *Exceptions overruled.*

All concurred.